ACCEPTED
12-14-00087-cr
TWELFTH COURT OF APPEALS
TYLER, TEXAS
4/20/2015 10:36:17 AM
CATHY LUSK
CLERK

# JAMES W. HUGGLER, JR.

## ATTORNEY AT LAW

Board Certified in Criminal Law
Board Certified in Criminal Appellate Law

Texas Board of Legal Specialization

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
4/20/2015 10:36:17 AM
CATHY S. LUSK
Clerk

April 20, 2015

Twelfth Court of Appeals
Attn: Cathy Lusk, Clerk
1517 West Front Street
Suite 354
Tyler, Texas 75702

      RE:   *Christopher Black v. State of Texas*
           Case No. 12-14-00087-CR
           Trial Court No. 007-0803-13

Dear Ms. Lusk:

In accordance with Rule 48.4, I certify that, I sent a copy of this Court's Opinion to Christopher Black at him last known address. The attached copy of the green certified return receipt card is enclosed. This opinion was sent using certified mail.

If you have any questions, please feel free to contact me at any time.

Sincerely,

James W. Huggler, Jr.

JWH:ag

Enclosure:   Return Receipt Card
               Return Envelope

CC:        Michael West
             Smith County District Attorney's Office

             Client

## U.S. Postal Service™
## CERTIFIED MAIL™ RECEIPT
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To *Christopher Black #01923513*
Street, Apt. No.; or PO Box No. *c/o Clements Unit 11034 Hwy 36*
City, State, ZIP+4 *Brazoria Texas 77422*

PS Form 3800, August 2006          See Reverse for Instructions

7013 2630 0000 4405 3088

---

### SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

CHRISTOPHER BLACK
TDCJ 01923513
CLEMONS UNIT
11034 HWY 36
BRAZORIA, TX 77422

### COMPLETE THIS SECTION ON DELIVERY

A. Signature
X *Joy Villareal*          ☐ Agent   ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery
Joy Villareal                      4/13/15

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

3. Service Type
   ☑ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)      7013 2630 0000 4405 3088

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540